APPEAL from an order of the County Court of Rensselaer county, striking out a counter-claim interposed by the defendant in this action, commenced in a Justice's Court.

*R. B. Stiles,* for appellant.    *Samuel Foster,* for respondent.

Opinion *per Curiam.*

Present — LEARNED, P. J., BOARDMAN and BOCKES, JJ.

Order reversed with ten dollars costs and printing disbursements, and motion denied with five dollars costs.

---

MATHIAS M. DUNTZY, RESPONDENT, *v.* CORNELIUS VAN BUREN, APPELLANT.

*Evidence — Physical condition — opinion of witness.*

Upon the trial of this action, brought by the plaintiff to recover damages for an assault, his wife was asked: "Did your husband have a rupture before that night (the night of the assault)?" to which she answered, "No." She was then asked: "Has he one now?" to which she answered, "Yes." Defendant objected to both questions as calling for the opinion of the witness on a matter as to which it was not shown that she was competent to testify. *Held,* that the questions were properly allowed; that the question whether or not the plaintiff had a rupture was a fact not resting in opinion, nor did its determination necessarily involve a subject of skill or science.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury, and from an order denying a motion for a new trial made upon the ground of surprise and newly discovered evidence.

*O. M. Hungerford,* for appellant.    *J. H. Clute,* for respondent.

Opinion by BOCKES, J.   BOARDMAN, J., concurred.   LEARNED, P. J., took no part.

Judgment and order affirmed, with costs and printing disbursements.